### The American Ins. Co. of Chicago *v.* Charles et al.

From the Wayne Circuit Court.

*F. V. Anderson* and *T. J. Study,* for appellant.
*J. B. Morris,* for appellees.

Perkins, J.—The questions presented in this case are the same as those presented in the case of *The American Ins. Co.* v. *Henley,* 60 Ind. 515, decided at this term; and, on the authority of that case, this is reversed, with costs, and remanded for further proceedings in accordance with this opinion.

---

### Pritchett *v.* The Board of Commissioners of Morgan Co.

From the Morgan Circuit Court.

*G. W. Grubbs* and *M. H. Parks,* for appellant.
*J. C. Robinson, W. S. Shiveley* and *F. P. A. Phelps,* for appellee.

Perkins, J.—Suit by the appellant, against the Board of Commissioners of Morgan county, to recover damages sustained by the appellant, on account of an injury occasioned by a fall, without fault on his part, through a defective bridge, which the appellee was bound, but neglected, to repair.

Demurrer to the complaint sustained, and final judgment for the appellee.

The court erred in sustaining the demurrer to the complaint. The question in this case was involved in the case of *House* v. *The Board of Commissioners of Montgomery County,* 60 Ind. 580, and was decided against the appellee. We adhere to that decision. Counties are liable for damages occasioned by their neglect to repair bridges.

The judgment below is reversed, with costs.